IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 26-cv-01826-STV | Date: June 16, 2026 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

*Parties:*

FRANCIS RICHARD FORTUNY ROGENA,

    Petitioner,

v.

KELEI WALKER; *et al,*

    Respondents.

*Counsel:*

Ciara F. Faber (by phone)

Julia M. Prochazka

---

## COURTROOM MINUTES/MINUTE ORDER

---

**MOTION HEARING**
**Court in session:**    2:04 p.m.
Court calls case.  Appearances of counsel.

This matter is before the Court regarding Petitioner's [ECF Doc. No 14] Motion to Enforce Writ of Habeas Corpus.

Arguments by counsel.

For the reasons stated on the record, it is:

**ORDERED:**    Petitioner's [14] Motion to Enforce Writ of Habeas Corpus is **GRANTED** in part. This matter is remanded back to Immigration Court for a new bond hearing. The Government bears the burden of proof by clear and convincing evidence.

HEARING CONCLUDED.

**Court in recess:**    2:23 p.m.
Total time in court:    00:19

To order transcripts of hearings, please contact either Patterson Transcription Company at

(303)-815-0487, scheduling@pattersontranscription.com or AB Litigation Services at (303)-629-8534.